# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF KENTUCKY
### COVINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-21129 |
| | ) | |
| Mark A. Steidle, | ) | (Chapter 7) |
| | ) | |
| DEBTOR | ) | |

**EASTERN DISTRICT OF KENTUCKY
FILED
JAN 0 9 2012
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT**

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Union Institute (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $9,456.74. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Union Institute

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on January 4, 2012, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
110 W. Vine Street, Suite 400
Lexington, KY 40507-1694

                                        /s/ Greg Griffith
                                        Greg Griffith

## LIMITED POWER OF ATTORNEY

Union Institute, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only** to recover cash or cash equivalents **specifically arising from the Mark A. Steidle bankruptcy matter** that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 21 day of December, 200 2011

**PRINCIPAL:**
Union Institute
(Tax ID # 31-0747997)

By: [signature]

Title: SENIOR ACCOUNTANT

**PRINCIPAL'S ADDRESS:**
440 E. McMillan Street
Cincinnati, OH 45206

ACKNOWLEDGMENT

STATE OF OHIO )

COUNTY OF HAMILTON )

Before me, the undersigned a Notary Public, in and for said County and State on this 21 day of December, 2011, personally appeared Miles Scott to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Senior Acct and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
3/16/14

Notary: [signature] Lisa D. Schmapp



**COMMONWEALTH OF KENTUCKY**
**ELAINE N. WALKER, SECRETARY OF STATE**

0805303.09   dcornish
ADD
Elaine N. Walker, Secretary of State
Received and Filed:
11/10/2011 9:47 AM
Fee Receipt: $90.00

Division of Business Filings
Business Filings
PO Box 718
Frankfort, KY 40602
(502) 564-3490
www.sos.ky.gov

**Certificate of Authority**
**(Foreign Business Entity)**

FBE

Pursuant to the provisions of KRS 14A and KRS 271B, 273, 274,275, 362 and 386 the undersigned hereby applies for authority to transact business in Kentucky on behalf of the entity named below and, for that purpose, submits the following statements:

1. The entity is a:
   - [ ] profit corporation (KRS 271B).
   - [✓] nonprofit corporation (KRS 273).
   - [ ] professional service corporation (KRS 274).
   - [ ] business trust (KRS 386).
   - [ ] limited liability company (KRS 275).
   - [ ] professional limited liability company (KRS 275).
   - [ ] limited partnership (KRS 362).

2. The name of the entity is Union Institute & University
   (The name must be identical to the name on record with the Secretary of State.)

3. The name of the entity to be used in Kentucky is (if applicable): Same  *Union Institute & University, Inc.*
   (Only provide if "real name" is unavailable for use; otherwise, leave blank.)

4. The state or country under whose law the entity is organized is Ohio

5. The date of organization is March 13, 1969  and the period of duration is _____
   (If left blank, the period of duration is considered perpetual.)

6. The mailing address of the entity's principal office is
   440 E. McMillan Street        Cincinnati        OH        45206
   Street Address                 City              State     Zip Code

7. The street address of the entity's registered office in Kentucky is
   209 Ridgepointe Drive          Cold Spring       KY        41076
   Street Address (No P.O. Box Numbers)   City       State     Zip Code

and the name of the registered agent at that office is Greg Thompson

8. The names and business addresses of the entity's representatives (secretary, officers and directors, managers, trustees or general partners):

   Roger Sublett        7504 Kousa Court         Mason       OH    45040
   Name                 Street or P.O. Box       City        State Zip Code
   Richard Hansen       3296 Nash Avenue         Cincinnati  OH    45226
   Name                 Street or P.O. Box       City        State Zip Code
   Edward Walton        3913 Olde Savannah Dr    Cincinnati  OH    45247
   Name                 Street or P.O. Box       City        State Zip Code

9. If a professional service corporation, all the individual shareholders, not less than one half (1/2) of the directors, and all of the officers other than the secretary and treasurer are licensed in one or more states or territories of the United States or District of Columbia to render a professional service described in the statement of purposes of the corporation.

10. I certify that, as of the date of filing this application, the above-named entity validly exists under the laws of the jurisdiction of its formation.

11. If a limited partnership, it elects to be a limited liability limited partnership. Check the box if applicable: [ ]

12. This application will be effective upon filing, unless a delayed effective date and/or time is provided.
The effective date or the delayed effective date cannot be prior to the date the application is filed. The date and/or time is _____
(Delayed effective date and/or time)

_____        Richard Hansen, Provost        October 24, 2011
Signature of Authorized Representative   Printed Name & Title        Date

Greg Thompson
Type/Print Name of Registered Agent                  , consent to serve as the registered agent on behalf of the business entity.

_____        Greg Thompson        Assist. Vice President        October 24, 2011
Signature of Registered Agent  Printed Name         Title                         Date
(04/11)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:

MARK A. STEIDLE

DEBTOR(S)

CASE NO. 04-21129

CHAPTER 7

Judge William S. Howard

## MOTION TO PAY INTO REGISTRY

COMES NOW, Michael L. Baker, Trustee in Bankruptcy, and pursuant to 11 U.S.C. § 347, moves this Court for an order authorizing him to pay unclaimed funds into the United States Treasury.

The Trustee has issued a dividend check to the following creditor:

| UNION INSTITUTE | | $ | 9,456.74 |
|---|---|---|---|

The dividend check has remained uncashed for a period of more than 90 days and the Trustee has issued a stop payment request. The Trustee will be able to close the case after payment of the unclaimed funds into the registry.

WHEREFORE, the Trustee prays for an order authorizing him to turnover $9,456.74 in unclaimed funds to the United States Treasury.

Respectfully submitted,

/s/Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Trustee in Bankruptcy*

## CERTIFICATION

The undersigned hereby certifies that on June 10, 2009, a copy of the foregoing was served by regular U.S. mail, postage prepaid, or electronic notice, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

THE UNION INSTITUTE
PO BOX 2658
COVINGTON, KY 41012

L. Craig Kendrick
7000 Houston Road
Bldg. 300, Ste. 25
Florence, KY 41042

Mark A. Steidle
149 South Main Street
Walton, KY 41094

                                         /s/Michael L. Baker
                                         Michael L. Baker

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY**

**PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| Mark A. Steidle | 04-21129-wsh |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
THE UNION INSTITUTE

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
THE UNION INSTITUTE
440 E. MCMILLAN ST.
CINCINNATI OH 45206-1925

% PREMIER RECOV.
PO BOX 2658
COVINGTON, KY 41012

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: 859-431-2787

Last four digits of account or other number by which creditor identifies debtor: 103530

Check here if ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:** 10-25-01

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $ 8814.00**
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☑ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustments on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $8814.00 _____ _____ 8814.00
 (unsecured) (secured) (priority) (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): RAY KILCHER LEGAL COOR. |
|---|---|
| 6-7-06 | |

006730 Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WESTERN DISTRICT OF KENTUCKY
FILED
JUN 12 2006
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT



# CampusWeb



| Print | Help | Logout |

This statement is unofficial. This does not include transactions in transit. For any questions or payments. please contact the Business Office.

**Name:** Mark A Steidle
**Account:** Accounts Receivable

| Date | Description | Debit | Credit |
|---|---|---|---|
| | History Beginning Balance: | $ .00 | |
| 07-15-1996 | Cash Receipts Hold & Coll.08/96 | | $ 200.00 |
| 07-24-1996 | Cash Receipts | | $ 700.00 |
| 08-15-1996 | Colloq. 08/02-11/96 9/S | $ 765.70 | |
| 08-15-1996 | Cash Receipts Sem. 11/96 | | $ 100.00 |
| 08-19-1996 | Check FFEL - Unsubsidized Loan | | $ 3200.64 |
| 08-30-1996 | Tuition Charge Grad Arts & Sciences | $ 2895.00 | |
| 11-04-1996 | Graduate Fall Tuition | $ 3860.00 | |
| 11-22-1996 | Cash Receipts Sem:04/97\|06/97 | | $ 200.00 |
| 12-09-1996 | Check FFEL - Subsidized Loan | | $ 2719.68 |
| 12-09-1996 | Check FFEL - Unsubsidized Loan | | $ 3199.68 |
| 12-10-1996 | Refund of Student Loans | $ 2599.30 | |
| 03-03-1997 | Graduate Sprg Tuition | $ 3860.00 | |
| 04-07-1997 | Check FFEL - Subsidized Loan | | $ 2719.68 |
| 04-07-1997 | Check FFEL - Unsubsidized Loan | | $ 3199.68 |
| 04-08-1997 | Refund of Student Loans | $ 2059.36 | |
| 05-15-1997 | Seminar 04/97 Late cancel 04/18 | $ 100.00 | |
| 06-18-1997 | Cash Receipts | | $ 3965.00 |
| 07-01-1997 | Graduate Summ Tuition | $ 4090.00 | |
| 08-13-1997 | Tuition Discount Grad Arts & Sciences | | $ 125.00 |
| 08-19-1997 | Sem.06/25-29/97 No show fee | $ 100.00 | |
| 11-03-1997 | Graduate Fall Tuition | $ 4090.00 | |
| 12-02-1997 | Cash Receipts Sem:04/98\|06/98\|08/98 | | $ 300.00 |
| 03-02-1998 | Graduate SP98 Tuition | $ 4090.00 | |

06/02/06 16:41 FAX 513 861 9958     THE UNION INSTITUTE                @003
Case 04-21129-wsh    Claim 2-1 Filed 01/06/06 Entered 01/10/02:15:16  Page 1 of 3
Case 04-21129-wsh    Claim 42-1 Filed 06/12/06 Desc Main Document    Page 9 of 9

Transaction History

| Date | Description | Charge | Payment |
|---|---|---|---|
| 03-02-1998 | Cash Receipts 02/26 | | $ 3965.00 |
| 05-07-1998 | EFT Receipts - Sub Loan Title IV | | $ 8160.00 |
| 05-07-1998 | EFT Receipts-Unsub Loan Title IV | | $ 9600.00 |
| 05-07-1998 | Wire:refund of student loans | $ 9000.00 | |
| 05-07-1998 | Wire:refund of student loans | $ 3000.00 | |
| 05-07-1998 | Bank fee:wired refund | $ 15.00 | |
| 06-29-1998 | Wire: Refund of Student Loans | $ 1800.00 | |
| 06-29-1998 | Bank Fee: Wire Refund | $ 15.00 | |
| 07-01-1998 | Graduate A&S Tuition Summer 1998 | $ 4190.00 | |
| 08-03-1998 | Cash Receipts | | $ 4190.00 |
| 11-02-1998 | Graduate A&S Tuition Fall 1998 | $ 4190.00 | |
| 03-01-1999 | Graduate A&S Tuition SP 1999 | $ 4190.00 | |
| 04-14-1999 | Cash Receipts Catholic Center | | $ 8380.00 |
| 07-01-1999 | EFT Receipts - Sub Loan Title IV | | $ 8245.00 |
| 07-01-1999 | EFT Receipts-Unsub Loan Title IV | | $ 9700.00 |
| 07-01-1999 | Graduate A&S Tuition SU 1999 | $ 4300.00 | |
| 07-06-1999 | Wire:refund of student loans | $ 10000.00 | |
| 07-06-1999 | Wire:refund of student loans | $ 3775.00 | |
| 07-07-1999 | Bank fee:wired refund | $ 20.00 | |
| 07-07-1999 | Bank fee:wired refund | $ 20.00 | |
| 07-08-1999 | Tuition Discount Grad Arts & Sciences | | $ 125.00 |
| 07-19-1999 | Cash Receipts The Catholic Center | | $ 4300.00 |
| 07-20-1999 | Wire: Refund of Student Loans | $ 4280.00 | |
| 07-21-1999 | Bank fee:wired refund | $ 20.00 | |
| 11-01-1999 | Graduate A&S Tuition FL 1999 | $ 4300.00 | |
| 03-01-2000 | Graduate A&S Tuition SP 2000 | $ 4300.00 | |
| 06-29-2000 | EFT Receipts - Sub Loan Title IV | | $ 8245.00 |
| 06-29-2000 | EFT Receipts-Unsub Loan Title IV | | $ 9700.00 |
| 06-30-2000 | Wire:refund of student loans | $ 4678.00 | |
| 06-30-2000 | Bank fee:wired refund | $ 20.00 | |
| 07-01-2000 | Graduate A&S Tuition SU 2000 | $ 4472.00 | |
| 07-10-2000 | Tuition Discount Grad Arts & Sciences | | $ 125.00 |
| 08-21-2000 | Wire:refund of student loans | $ 150.00 | |
| 08-21-2000 | Bank fee:wired refund | $ 20.00 | |
| 11-01-2000 | Graduate A&S Tuition FL 2000 | $ 4472.00 | |
| 03-01-2001 | Graduate A&S Tuition SP 2001 | $ 4472.00 | |

**Account Balance:** $8,814.00

Click here to pay online with a credit card