JAN 09 2012

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF KENTUCKY
## COVINGTON DIVISION

IN RE:                          ) Case No. 04-21129
Mark A. Steidle,                )         (Chapter 7)
                  DEBTOR        )

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of Union Institute, (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $9,456.74) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

Pursuant to Local Rule 9022-1(c),
_Greg Griffith_
shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within (14) days hereof.