SF 1166
4 TFRM 2000
(Rev. 5-84)
1166-226

**VOUCHER AND SCHEDULE OF PAYMENTS**

| DEPARTMENT OR ESTABLISHMENT | **United States Bankruptcy Court** | D.O. VOU. No. (TRANSP) |
|---|---|---|
| BUREAU OR OFFICE | **Eastern District of Kentucky** | |
| LOCATION OF TRANSMITTING OFFICE | **P. O. Box 1111, Lexington, KY  40588** | |

Pursuant to authority vested in me, I certify that the items listed herein are correct and proper for payment from the appropriation(s) designated hereon or on supporting vouchers.

PAID BY

02/03/12
Date

/s/ Jerry D. Truitt, Clerk
Authorized Certifying Officer

Appropriation Summary

12 6047BK B06KYEX $9,456.74

| ALIGN AREA | | | | | | | ALIGN AREA |
|---|---|---|---|---|---|---|---|
| FONT | SHEET | OF | AGENCY STATION NO | SCHEDULE NUMBER | FOR D.O. USE ONLY | | |
| | 1 | 1 | 8632 | 32 2 0057 | P   D   O   SUFFIX | | |

| GRAND TOTAL | NO-CHECK TOTAL |
|---|---|
| $9,456.74 | |

| PAYEE, AND IF NECESSARY ADDRESS INVOICE NUMBER, OTHER IDENTIFICATION | | AMOUNT | NO CHECK | PAYMENT AUTHORIZATION # | CHECK # |
|---|---|---|---|---|---|
| LINES 1,3,5, AND 7 | LINES 2,4,6 AND 8 | | | | |
| Union Institute<br>c/o Amer Prop Locators, Inc.<br>Attn:  Greg Griffith<br>3855 South Boulevard, Suite 200<br>Edmond, OK  73013<br><br>RE:  04-21129 Mark A. Steidle<br>Payment of unclaimed monies being held on behalf of The Union Institute.  Payment is made pursuant to order entered January 11, 2012. | | $     9,456.74 | | CP 12463200003 | |

| D.O. CHECK NUMBERS | BEGINNING | ENDING | BEGINNING | ENDING |
|---|---|---|---|---|
| | USE FOR FIRST CHECK SERIAL NUMBER RANGE | | USE FOR SECOND CHECK SERIAL NUMBER RANGE IF APPLICABLE | |